FILED
SEP 1 3 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D'Rayfield Kary-Khame Shipman, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Clerk's Office of the U.S. Supreme Court, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1959 (UNA) |

## MEMORANDUM OPINION

According to the plaintiff, the Clerk of the United States Supreme Court "failed to properly file [his] motion with [the] court to allow a hearing." Compl. at 1. The Clerk allegedly returned the plaintiff's petition several times and "purposely held plaintiff writ to allow deadline to lapse." *Id*. The plaintiff demands damages and an order directing the Clerk "to file writ[]s brought by people not wealthy and/or who may not have counsel with the U.S. Supreme Court." *Id*.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.) ("We are aware of no authority for the proposition that a lower court may compel the Clerk of the Supreme Court to take any action."), *cert. denied*, 506 U.S. 844 (1992); *Panko v. Kodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979) ("It seems axiomatic that a lower court

may not order the judges or officers of a higher court to take an action."), *cert. denied*, 444 U.S. 1081 (1980).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 9/12/18

CHRISTOPHER R. COOPER
United States District Judge